IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

LAURENT PROVOST a/k/a
LAWRENCE PROVOST; LARRY

Misc. No. 1:08MJ79M

ORDER

LAWRENCE PROVOST, having appeared before me on this 6th day of May 2008, having been afforded counsel, a removal hearing under Rule 5 of the Federal Rules of Criminal Procedure, and a detention hearing under 18 U.S.C. § 3142, having voluntarily waived his right to an identification hearing, and having admitted being the person named in the Indictment returned by a federal grand jury in Maine (Criminal No. 07-74-B-W); the United States having produced a Warrant of Arrest for Mr. Provost issued by the District of Maine; and the Court having found that detention is warranted, it is hearby ORDERED, ADJUDGED, and DECREED that LAWRENCE PROVOST is remanded to the custody of the United States Marshals Service for transfer to the District of Maine to appear before the United States District Court for the District of Maine to answer for the above-described Indictment. Defendant has been advised that he may seek review of his detention status anew before a judicial officer in Maine and that my ruling here does not bind or otherwise limit that officer in any manner.

By Order,

J. Noel

Jeannine Noel
Deputy Clerk of Court

ENTER:

David L. Martin

DAVID L. MARTIN
United State Magistrate Judge

Date: 5-7-08